UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT HOMES, INC., *et al.*,[1] | ) | Case No. 08-33347-hcd |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER (I) AUTHORIZING SALE OF CERTAIN ASSETS AND (II) LIMITING NOTICE

On the Debtors' Motion[2] for an order (i) authorizing the Debtors to sell certain assets; and (ii) limiting notice with respect to the relief requested herein; the Court, having considered the pleadings, and after due deliberation and good and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Debtors are authorized to sell the Assets pursuant to the Stalking Horse Bid or any higher bidder, free and clear of all liens, claims and encumbrances except as provided in paragraph 3 herein.

2. To the extent that the Stalking Horse Bid is the winning bid, (i) the secured claim under the prepetition loans shall be reduced by $3 million; (ii) the secured claim under the Junior DIP Order shall be reduced by $325,000; and (iii) SAMAL shall maintain the remainder of its various claims subject to any protections such claims are entitled to under prior Court orders.

3. The secured claims of Textron Financial and any taxing authority as to real property being transferred pursuant to the Stalking Horse Bid shall not be affected by this Order.

---

[1] The Debtors are the following entities: Patriot Homes, Inc. ("*Patriot*"), Patriot Homes of Texas, L.P. ("*Patriot Homes of Texas*"), Patriot Sales, Inc. ("*Patriot Sales*"), Patriot Manufacturing Inc. ("*Patriot Manufacturing*"), Patriot Acceptance Corporation ("*Patriot Acceptance*"), Patriot Asset Protection, Inc. ("*Patriot Asset*"), Patriot General, Inc. ("*Patriot General*"), and Patriot Texas Mfg. Limited, Inc. ("*Patriot Mfg*").

[2] Capitalized terms not defined herein shall have the meanings provided in the Motion.

4. Notice of the Motion is appropriately limited to (a) counsel to the Committee; (b) the Office of the United States Trustee; (c) those parties requesting service of papers in these bankruptcy cases; (d) counsel to Textron Financial; (e) counsel to Mr. Weidner and Mr. Spencer; and (f) appropriate taxing authorities. No further notice need be given.

5. This Court shall retain jurisdiction over all matters arising from the implementation of this Order.

Dated: __December 21_____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE